No. 11–6694. WIGREN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6702. RUSSELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6722. WOLFE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6730. BORGERSEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6735. WOLTZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6736. WOOLSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6738. WALTOWER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–6740. QUOC BOA TRINH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6742. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6743. LANDWER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–6744. ROSSI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6748. GARDNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6749. PEEPLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6750. STOKES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6751. MESCHINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

